DAVID L. PRINCE, ESQ. #113599
1912 East Vernon Ave.
Suite 100
Los Angeles, California 90058
Tel. 323/234-2989
Fax. 323/234-2619
dlp@redchamber.com

Attorney for Plaintiff, **Shamrock Manufacturing Co., Inc., a California corporation**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| SHAMROCK MANUFACTURING CO., INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMMEX CORPORATION, a Washington corporation and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 1:10-CV-00908-OWW-SKO<br><br>(State Court No: CIVRS 10-03869)<br><br>STIPULATION AND ORDER THEREON TO RESET HEARING DATE OF DEFENDANT'S MOTION TO TRANSFER VENUE<br><br>DATE: July 26, 2010<br>TIME: 10:00 A.M.<br>CTRM: 3<br>JUDGE: Oliver W. Wagner |

**STIPULATION**

All parties to the within action, through their respective counsel of record, hereby stipulate as follows:

1. Defendant, Ammex Corporation's Motion to Transfer Venue is currently set for hearing on July 26, 2010 at 10:00 A.M. in Court Room 3 before the honorable Oliver W. Wagner.

2. Plaintiff, Shamrock Marketing Co., Inc.'s Motion to Remand is currently set for hearing on August 2, 2010 at 10:00

1

A.M. in Court Room 3 before the honorable Oliver W. Wagner.

3. Both parties request that Defendant's Motion for Transfer of Venue set for July 26, 2010 be reset for August 2, 2010 so that it may be heard on the same date as Plaintiff's Motion to Remand.

4. Plaintiff's Opposition to Defendant's Motion for Transfer of Venue will continue to be due on or before July 12, 2010.

DATED: 7/2/10

/S/ DAVID L. PRINCE
**David L. Prince, Esq.**
**Attorney for Plaintiff**

DATED: 7/2/10

**ROMERO PARK & WIGGINS P.S.**

/S/H. TROY ROMERO
**H. Troy Romero, Esq.**
**Attorney for Defendant**

2

**ORDER**

Having read the above stipulation and good cause appearing therefrom.

**IT IS ORDERED THAT** Defendant's Motion to Transfer of Venue currently set for hearing on July 26, 2010 at 10:A.M. in this Court, be reset for hearing on August 2, 2010 at 10:00 A.M. in this Court so that it may be heard on the same date as Plaintiff's Motion to Remand.

IT IS SO ORDERED.

**Dated:　July 6, 2010**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3